# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3776
_____

DEMETRIUS DWAYNE BROOKINS,

   Appellant,

   v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

June 11, 2019

PER CURIAM.

   AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Demetrius Dwayne Brookins, pro se, Appellant.

No appearance for Appellee.